```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03841
   LILLIAN GONZALEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6575


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 03/05/2007 and was confirmed 07/09/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/04/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
NEW CENTURY MORTGAGE COR CURRENT MORTG          .00              .00           .00
NEW CENTURY MORTGAGE COR MORTGAGE ARRE       525.44              .00        525.44
CREDIT UNION 1           SECURED VEHIC      5300.00           102.54        894.66
CREDIT UNION 1           UNSECURED          7267.61              .00           .00
AT&T BROADBAND           UNSECURED         NOT FILED             .00           .00
CREDIT UNION 1           UNSECURED         NOT FILED             .00           .00
DISCOVER CARD            UNSECURED         NOT FILED             .00           .00
GREAT AMERICAN FINANCE   UNSECURED              .50              .00           .00
CHICAGO IMAGING          UNSECURED         NOT FILED             .00           .00
MADISON RADIOLOGY        UNSECURED         NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED          2280.18              .00           .00
PROVIDIAN                UNSECURED         NOT FILED             .00           .00
GREAT AMERICAN FINANCE   SECURED            2527.00            51.60        325.68
COOK COUNTY TREASURER    SECURED            2317.47              .00        268.50
CARRINGTON MORTGAGE SERV NOTICE ONLY       NOT FILED             .00           .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY        1,628.00                       1,628.00
TOM VAUGHN               TRUSTEE                                             272.58
DEBTOR REFUND            REFUND                                                 .00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  4,069.00

PRIORITY                                             .00
SECURED                                         2,014.28
   INTEREST                                       154.14
UNSECURED                                            .00
ADMINISTRATIVE                                  1,628.00
TRUSTEE COMPENSATION                              272.58
DEBTOR REFUND                                        .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03841 LILLIAN GONZALEZ

```
                                      ---------------    ---------------
TOTALS                                       4,069.00           4,069.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```